UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE SUBPOENA AD TESTICANDUM directed to
Nonparty Christi Downes, an employee of Tanger, Inc.,
and issued in connection with

25-MC-569 (AS)

*Simon Property Group, L.P. and Simon Property Group Administrative Services Partnership, L.P. v. Michelle Smart*, S.D. IND., CASE NO: 1:24- cv-01562-RLY-MKK (Pending in the United States District Court for the Southern District of Indiana).

TRANSFER ORDER
------------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

      On December 12, 2025, Christi Downes filed a memorandum of law in which she consented to the transfer of this case to the United States District Court for the Southern District of Indiana and to the presiding judge in *Simon Property Group, L.P. and Simon Property Group Administrative Services Partnership, L.P. v. Michelle Smart*, S.D. Ind., Case No.: 1:24- cv-01562-RLY-MKK, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* Dkt. 3 at 7. Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is respectfully directed to transfer this case to the United States District Court for the Southern District of Indiana **immediately**, without regard to Local Rule 83.1, and then to close this case.

      SO ORDERED.

Dated: December 16, 2025
       New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge